**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAAC CABRERA HERNANDEZ,           )<br>                                    )<br>                Petitioner,         )<br>                                    )<br>          v.                        )<br>                                    )<br>SANDRA HUTCHENS, Sheriff,           )<br>                                    )<br>                Respondent.         )<br>_____) | NO. CV 07-00293 MMM (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 13, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE